# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-05103-SDG-CMS
### Generes v. Equifax, Inc.
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 11/30/22.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 7:20 P.M.
TIME IN COURT: 9:50
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Belqyis Evans

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Randall Grayson representing Heather Generes<br>** Robert Stevens representing Equifax, Inc.<br>** Lou Donohue representing Equifax, Inc. |
| OTHER(S) PRESENT: | Heather Generes |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Judge Anand held a mediation between the parties. The mediation concluded at 7:20 PM with instructions to the parties to continue discussing certain unresolved terms. Parties are to report back to the Court by the end of the day 12/2/2022 with the status of discussions. The mediation is considered to be ongoing through 12/2/2022 absent further order. |